**Order entered January 23, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-22-01369-CR

## EX PARTE: S.L.

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-03832-2022**

## ORDER

The State has moved for dismissal of this appeal asserting the trial court lacked jurisdiction to consider appellant's Motion to Amend Terms and Conditions of Bond. The Court requests that appellant file a response to the motion to dismiss. Any response must be filed on or before **FEBRUARY 2, 2023**.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE